No. 92–5748. OLDERBAK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5749. CHRISTIE v. JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5750. THOMAS v. LIGHTNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5751. SANDERS v. CHERRY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5752. TRAYLOR v. ADMINISTRATOR OF VETERANS AFFAIRS. Sup. Ct. Ga. Certiorari denied.

No. 92–5754. STRICKLAND v. GOLDEN. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 92–5758. WILES v. JONES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–5761. DAVIDSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5765. SPEARMAN v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5766. SMITH v. CAMPBELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5771. HACKNEY v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–5772. JOYCE v. BUMGARNER, SUPERINTENDENT, SOUTHERN CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5777. BINH VAN LE v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 92–5784. RAMIREZ-VILLA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5785. ROGERS v. ANDERSON. C. A. 8th Cir. Certiorari denied.